# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146942 & (15)

RUDY A. WARE,
              Plaintiff-Appellant,

v

DEPARTMENT OF COMMUNITY
HEALTH,
              Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146942
COA: 313652
Ingham CC: 12-001138-AA

      On order of the Court, the application for leave to appeal the February 22, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to dismiss is DENIED as moot.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

p0722